544 A.2d 917

**In re INVOLUNTARY TERMINATION OF PARENTAL RIGHTS CONCERNING the minor child, M.M.**

**Petition of Donna MAHAN, Petitioner.**

Supreme Court of Pennsylvania.

March 24, 1988.

## ORDER

AND NOW, this 24th day of March, 1988, in view of the failure of petitioner to proceed pursuant to our order of October 2, 1986, the docket is hereby closed.

AND NOW, this 24th day of March, 1988, the Petition to Quash, Dismiss, Terminate allocatur docket is dismissed as moot.